**Dismissed and Opinion Filed August 27, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01026-CR

**PAUL ANTOINE, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F15-55946-K**

## MEMORANDUM OPINION

Before Justices Fillmore, Myers, and Evans
Opinion by Justice Evans

Paul Antoine pleaded guilty to possession of cocaine in an amount less than one gram. In accordance with a plea agreement, the trial court sentenced appellant to seven months' confinement in a state jail facility. Appellant waived his right to appeal as part of the agreement. *See Blanco v. State*, 18 S.W.3d 218, 219–20 (Tex. Crim. App. 2000). The trial court certified that appellant does not have the right to appeal. *See* TEX. R. APP. P. 25.2(a), (d); *Dears v. State*, 154 S.W.3d 610 (Tex. Crim. App. 2005). We dismiss the appeal for want of jurisdiction.

/David W. Evans/
DAVID EVANS
JUSTICE

Do Not Publish
TEX. R. APP. P. 47
151026F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

PAUL ANTOINE, Appellant

No. 05-15-01026-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court No. 4, Dallas County, Texas
Trial Court Cause No. F15-55946-K.
Opinion delivered by Justice Evans, Justices Fillmore and Myers participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered this 27th day of August, 2015.